IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| ALMER LEE COLBERT, #1114774 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-05-210 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| TDCJ-CID | § |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on February 6, 2006. Petitioner has failed to file any Objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Almer Lee Colbert (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 2nd day of March, 2006.

_____
Samuel B. Kent
United States District Judge